# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   Case No.: 1:20 CR 256 |
| | ) |
| **MOHAMMED TARIQ AMIN,** | ) |
| | ) |
| **Defendant.** | ) |

## CONSENT MOTION TO CONTINUE

COMES NOW, the defendant, by and through counsel, and respectfully requests that the Court continue his sentencing to April 9, 2021 due to counsel's recent contact with an individual who tested positive for COVID-19. The government does not oppose this request and a proposed order is attached.

Respectfully Submitted,

Dated:   3/22/2021          */s/ Cary Citronberg*
Cary J. Citronberg
Zwerling Citronberg PLLC
114 N. Alfred Street
Alexandria, VA 22314-3011
(703) 684-8000
(703) 684-9700 (fax)
cary@zwerling.com

## CERTIFICATE OF SERVICE

I certify that on 22nd day of March, 2021, a copy of the foregoing was filed electronically. Service of this filing will be made to all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                  */s/ Cary Citronberg*
                                                  Cary J. Citronberg
                                                  Zwerling Citronberg PLLC
                                                  114 N. Alfred Street
                                                  Alexandria, VA 22314-3011
                                                  (703) 684-8000
                                                  (703) 684-9700 (fax)
                                                  cary@zwerling.com