To: Judge Hilton

From: Warda Albadani

Re: Mohammed Tariq Amin

Date: April 1, 2021

Dear Judge Hilton,

My name is Warda Albadani and my husband is Mohammed Tariq Amin. I wanted to write to you to show support for my husband. Since we got married almost 8 years ago, Tariq has been the sole provider for our family. Although I worked some full and part time jobs, we rely almost totally on Tariq's salary to make ends meet. He is a kind man with a heart of gold, and having him go away could have very bad consequences on me as I don't know how I will make ends meet. I love him with all my heart and I know the kind of man he is. I also know the other defendants and in this case as I have worked with them at Royal Care Pharmacy and they are not like my husband, they are just after money. My husband truly cares about people, even people he doesn't know. He would give someone the shirt off his back if they asked him for it. I plead with you to please spare my husband. Thank you for your consideration.

Sincerely,

*[signature]*

Warda Albadani

To: The Honorable Claude M. Hilton

From: Preston's Pharmacy

Re: Mohammed Tariq Amin

Date: April 1, 2021

Dear Judge Hilton,

We wanted to reach out to you in support of our employee of almost two and a half years, Mohammed Tariq Amin. Tariq joined our pharmacy in November of 2018 and has been a model employee and individual. He goes above and beyond to make sure patients are taken care of and treats them like they are his own family. Since we have known Tariq, he has always worked with integrity, honesty, and compassion. Never once has he done anything for us to question his character. Never has he approached us with any idea of what he is convicted of, which leads us to believe he was coerced. We were made aware of the charges and kept him on board with us because we know the kind of person he is and the pillar that he has become to the Arlington community over the pandemic. Tariq worked strenuous hours on the front lines of the pandemic providing meals to the homeless and hospital and service to his patients here at Preston's Pharmacy. On countless occasions over the pandemic, Tariq has gowned up and swabbed patients for Covid 19, risking his life for others. This is the Tariq we know.

Tariq holds a key position for us here at Preston's Pharmacy. Unfortunately, if he were to do time for longer than 6 weeks, we will not be able to hold his position for him. We cordially ask you for leniency with your sentence of our friend and employee, Mohammed Tariq Amin. Thank you.

Sincerely,

*Carrasco*

Jorge Pineda and Victoria Paesano
Co-Owners
Preston's Pharmacy

Angela Hornsby-Spencer, RpH
5615 Willow Valley Rd.
Clifton, Virginia 20124
Adh.spencer@yahoo.com

The Honorable Judge Hilton
United States District Court
Eastern District of Virginia

Re:  Mohammed Tariq Amin

Dear Honorable Judge Hilton,

I am a retail Pharmacist and have served this community for over 30 years.  Mr. Amin has informed me that he faces charges related to healthcare fraud.  In light of these circumstances, I am happy to offer an endorsement of M. Tariq Amin's good character.

I have known Tariq for more than a decade, he has been part of my work and my personal experiences. One afternoon, as I was working in a pharmacy this young man came in with a cup of coffee to assist me for a long days work at this unfamiliar pharmacy. He was very instrumental in getting thru this day and I had never worked with a technician so dedicated to his job position and his team work orient was amazing.

After meeting him that day and working with him at various other times, I recognized he had a genuine friendly disposition. I knew he was the type of person that I would like to be around.
He had great customer service. If a customer needed medication and they did not have transportation, he would deliver it to them without hesitation.

We have worked together for many years at different pharmacies. He has a giving, motivated and always ready to satisfy others type of personality. He worked himself up from Pharmacy technician to manager and marketer status.

At the last Pharmacy we worked together, he was very successful even-though the owner would tell Tariq that he wouldn't be anything special without him and his guidance.
Knowing Tariq for as long as I have, I know that he would not do anything fraudulent unless coerced to do so for acceptance by his superior.

I feel that whatever happened, Tariq has remorse and should be given leniency in his punishment. He has shown great generosity and has honest loving characteristics.

The community, his family, and his work would be negatively impacted in the event of departure.  He is most definitely needed by all and this type of person deserves a second chance.
I just want to Thank you for your time and consideration in this matter.

Sincerely,
Angela Hornsby-Spencer, RpH

To: The Honorable Judge Claude M. Hilton

From: Yiu (George) Yung

Re: Letter of Support for Mohammed Tariq Amin

Date: March 14, 2021

Dear Judge Hilton,

My name is Yiu (George) Yung and I have known the defendant, Mohammed Tariq Amin (Tariq) for almost 20 years. Throughout the years, our friendship has evolved into a brotherhood. Tariq is one of the most humble, caring, and generous individuals I know.

I have seen firsthand his caring and generosity in action many times over the years, particularly with people of need. As a direct example, Tariq and I took a trip to Las Vegas for a few days together and had dinner at a Thai restaurant. After our meal, Tariq and I were waiting for an Uber to take us back to our hotel, and we were both approached by a gentleman that seemed to be homeless. The individual asked us to buy him some food. I immediately said no, but Tariq, against my advice, and being the person he is, did not hesitate to take the gentleman into the restaurant. I still remember the gentleman ordering fried rice with chicken and Tariq telling him to get something to drink as well. Tariq even gave the individual $20 for his next meal and wished him good luck and hoped things got better for him.

I can go on with about a dozen more stories like the one above, but I will spare you the extra reading. When I was told about this case, I knew from the beginning that Tariq was following orders from his superiors. He would tell me on occasion that he wished his wife didn't work together with him because his superior, Mohamed Abdalla, had told him that he "owned" them and that he would never do any better without him. Tariq used to tell me that Abdalla would say things to him like "You'll never do better without me," and that "Anybody can do your job, I can get rid of you today."

Tariq lives in a one bedroom, one bathroom rental condo with his wife and three cats. Clearly, he was not the beneficiary of the fraud associated with this case. I believe that incarcerating Tariq for any length of time would undoubtedly be disastrous for his career and affect his spouse directly as she only works part-time.

I thank you for your time and hope you consider leniency for my friend and brother, Mohammed Tariq Amin.

Sincerely,


Yiu (George) Yung

Nisrine B. Robinson
2340 Carta way apt 1068
Herndon,VA 20171

03/14/2020

Re: Tariq Amin

To: The honorable judge Claude Hilton

I have known Tariq Amin as a colleague for over a year. I was both troubled and surprised to hear about his recent case as he has always been a rather solid person. It is for his reason I am happy to write a letter of reference for Mr Tariq Amin regarding this matter. I understand the seriousness of his case however I hope the court will show some leniency.

Tariq Amin has always been an upright character , he has really been there for me, especially when the company we work for didn't offer maternity leave . since my husband lost his job during the pandemic my job was our only source of income and being pregnant I had no choice than to take off to deliver my baby. He made it a point to be there and show me a significant amount of support both emotionally and financially. It was Tariq Amin that was a source of camaraderie for both me and my newborn. He has been a good friend in time of need.

In addition to our growing friendship, he is usually upstanding colleague, he has been honest and trustworthy.He is always willing to go above and beyond what is expected of him. He is respectful of his superiors and gets along with well with his co-workers. While I was surprised to hear of his case,it comes as no surprise that he is ready to accept responsibility for his actions. I believe that as we move forward, he will emerge a better person.

It is my sincere hope the court takes this letter into consideration at the time of sentencing.Despite the current case, I still believe Tariq Amin to be an honorable individual, a valuable member of our company and the community, and a good human being.

Sincerely,
Nisrine B. Robinson.