# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES, | : | |
| | : | |
| v. | : | Case No.: 1:20-CR-256 (CMH) |
| | : | |
| MOHAMMED TARIQ AMIN | : | |
| | : | |
| Defendant. | : | |

## CONSENT MOTION TO UNSEAL

COMES NOW, the defendant, Mohammed Tariq Amin, by undersigned counsel, with the agreement of the Government, respectfully moves this Honorable Court to enter the proposed Consent Order to partially unseal Docket Entry 41 for the limited purpose of providing the document to counsel for the Office of the Inspector General for the United States Department of Health and Human Services for use in administrative law proceedings related to Mr. Amin's Medicare exclusion period. Mr. Amin makes this Motion pursuant to Fed. R. Crim. P. 49 and Local Rule 49.

Respectfully submitted,

Mohammed Tariq Amin, *by counsel*

_____/s/_____
Cary Citronberg
ZWERLING/CITRONBERG, P.L.L.C.
421 King Street, Suite 505
Alexandria, Virginia 22314
(703) 684-8000 – Office
(703) 684-9700 – Fax
cary@zwerling.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 28th day of December, 2022, I will electronically file the foregoing Motion with the Clerk of Court using the CM/ECF system, which will provide service to all parties.

                                                             _____/s/_____
                                                              Cary Citronberg
                                                              ZWERLING/CITRONBERG, P.L.L.C.
                                                              421 King Street, Suite 505
                                                              Alexandria, Virginia 22314
                                                              (703) 684-8000 – Office
                                                              (703) 684-9700 – Fax
                                                              cary@zwerling.com